## STATEMENT OF FACTS

On Wednesday, July 6, 2005, at about 9:00 p.m., sworn officers with the Metropolitan Police Department's Sixth District were in the 300 block of Ridge Road, S.E., Washington, D.C., where they saw the defendant, Ty Edwardo Clark, talking with another individual. As officers approached the two, the defendant reached for his right waistband area. Officers asked the defendant to show his hands and place them behind his head. Officers patted the right side of the defendant's waistband area, and felt the hand grip of a handgun. The defendant then stated, "I got a gun on me, I don't have one in the chamber, I got robbed yesterday that's why I carry it". The undersigned officer lifted the defendant's shirt and saw a handgun. Officers recovered a loaded Ruger 9mm handgun from the defendant's waistband area. Officers placed the defendant under arrest. Also recovered from the defendant was $355.00 in U.S. currency. Officers recovered a 23.7 grams of green weed-like substance from the defendant's car. A portion of the green weed-like substance field tested positive for THC. To the best of the undersigned officer's knowledge, defendant Ty Edwardo Clark has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F5082-90. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge, there are no Ruger 9mm handguns nor ammunition manufactured in District of Columbia.

_____
OFFICER PETER SHAW
SIXTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JULY, 2005.


_____
U.S. MAGISTRATE JUDGE